THE STATE, DEFENDANT IN ERROR, v. MAX GOLDSTEIN, PLAINTIFF IN ERROR.

Submitted July 9, 1906—Decided February 2, 1907.

On error to the Supreme Court.

For the plaintiff in error, *Willard W. Cutler.*

For the defendant in error, *Charles A. Rathbun,* prosecutor of the pleas.

PER CURIAM.

The judgment in this cause is affirmed, for the reasons given by Chief Justice Gummere in the opinion filed in the Supreme Court and reported in 43 *Vroom* 336.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J. 11.

*For reversal*—None.